**CT Corporation**

**Service of Process Transmittal**
01/29/2016
CT Log Number 528549493

**TO:** Don Becker
Yum! Brands, Inc.
1441 Gardiner Ln
Louisville, KY 40213-1914

**RE:** **Process Served in Ohio**

**FOR:** Yum! Brands, Inc.  (Domestic State: NC)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LISA CROSBY, Pltf. vs. TACO BELL OF AMERICA, LLC, et al., Dfts. // To: YUM! BRANDS, INC. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint |
| **COURT/AGENCY:** | Lucas County Court of Common Pleas, OH Case # G4801CI0201601262000 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination - Age |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Cleveland, OH |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/29/2016 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Ohio |
| **APPEARANCE OR ANSWER DUE:** | Within 28 days after receipt, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | JOHN D. FRANKLIN Widman & Franklin, LLC 405 MADISON AVENUE STE 1550 TOLEDO, OH 43604-1209 419-243-9005 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/29/2016, Expected Purge Date: 02/03/2016 |
| | Image SOP |
| | Email Notification,  Don Becker  don.becker@yum.com |
| | Email Notification,  Donna Phillips  donna.phillips@yum.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1300 East 9th Street Suite 1010 Cleveland, OH 44114 |
| **TELEPHONE:** | 216-802-2121 |

Page 1 of  1 / JP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Exhibit A

CERTIFIED MAIL™



7014 1200 0000 4880 7408



U.S. POSTAGE >> PITNEY BOWES

ZIP 43604 $ 006.95⁵
02 1W
0001382836 JAN 26 2016

**J. BERNIE QUILTER**
**LUCAS COUNTY CLERK OF COU**
**LUCAS COUNTY COURTHOUSE**
**700 ADAMS STREET**
**TOLEDO, OHIO 43604**

ENVELOPE CONTAINS IMPORTANT LEGAL MATTER

RETURN RECEIPT REQUESTED



Exhibit A

# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

FILING TYPE:                    **OTHER CIVIL**

YUM! BRANDS INC
C/O CT CORPORATION SYSTEM S/A
1300 E NINTH ST
CLEVELAND, OH 44114

G-4801-CI-0201601262-000
JUDGE:  JAMES D. BATES

    You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

    You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint is attached to this Summons.

    You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or  to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

    If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)                                    ATTORNEY FOR PLAINTIFF(S)
LISA CROSBY                                      JOHN D. FRANKLIN
414 MEAD LANE                                    405 MADISON AVENUE STE 1550
HOLLAND, OH 43528                                TOLEDO, OH 43604-1209

                                                BERNIE QUILTER
                                                CLERK OF COURTS

Date:  January 26, 2016

                                                *J Bernie Quilter*                    , Clerk

Exhibit A



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐ I request to be notified by <u>email</u>

My email address _____

**OR**

☐ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

Send email to: Lwatt@co.lucas.oh.us
Subject:     G-4801-CI-0201601262-000
             YUM BRANDS INC
Message:   Your email address

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH 43604

**If you do NOT hire an attorney & fail to respond
you will NOT receive notification of events related to this case**

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0201601262-000    YUM BRANDS INC  Generated: January 26, 2016

Exhibit A

FILED
LUCAS COUNTY

2016 JAN 25 ᴾ 3∶04

COMMON PLEAS COURT
BERNIE QUILTER
CLERK OF COURT THE COURT OF COMMON PLEAS, LUCAS COUNTY OHIO

LISA CROSBY
414 Mead Lane
Holland, Ohio 43528,

                Plaintiff,

vs.

TACO BELL OF AMERICA, LLC
c/o Statutory Agent
SVG Management, LLC
2018 Great Trails Drive
Wooster, Ohio 44691

And

YUM! BRANDS, INC.
c/o Statutory Agent
C T Corporation System
1300 E. Ninth St.
Cleveland, Ohio 44114

And

JOEL YODER
1858 Cass Lakefront Keego
Harbor, Michigan 48320

And

SARAH SPENGLER
21542 Flamenco
Mission Viejo, California 92692

                Defendants.

CASE NO.   G-4801-CI-0201601262-000
                Judge
          JAMES D. BATES

Judge
Magistrate Judge

**COMPLAINT WITH JURY
DEMAND**

Widman & Franklin, LLC

John D. Franklin (0055359)
Diana Robinson (0086642)
405 Madison Ave., Suite 1550
Toledo, Ohio  43604
Ph.: (419) 243-9005
Fax: (419) 243-9404
John@wflawfirm.com
Diana@wflawfirm.com
Attorneys for Plaintiff

Exhibit A

Plaintiff, Lisa Crosby, complains of Defendant Taco Bell, Yum! Brands, Inc., Joel Yoder, and Sarah Spengler as follows:

## PARTIES

1.     Plaintiff, Lisa Crosby ("Crosby"), is an individual citizen of the State of Ohio, residing in the City of Holland, County of Lucas.

2.     Defendant, Taco Bell ("Taco Bell"), is a corporation doing business in the State of Ohio, City of Toledo, County of Lucas. Taco Bell is a subsidiary of Defendant Yum! Brands, Inc.

3.     Defendant, Yum! Brands, Inc. ("Yum! Brands") is the parent corporation of Defendant Taco Bell and is engaged in business in the State of Ohio, City of Toledo, County of Lucas.

4.     Defendant Joel Yoder ("Yoder") is an individual citizen of the State of Michigan, City of Harbor. At all times relevant, Defendant Yoder was employed by Defendants Taco Bell and Yum! Brands and had supervisory authority over Plaintiff.

5.     Defendant Sarah Spengler ("Spengler") is an individual citizen of the State of California, City of Mission Viejo. At all times relevant, Defendant Spengler was employed by Defendants Taco Bell and Yum! Brands in the Human Resources Department and had supervisory authority over Plaintiff.

2

Exhibit A

## JURISDICTION AND VENUE

6. At all times relevant, Defendants Taco Bell and Yum! Brands, Inc. employed four (4) or more employees working within the State of Ohio and therefore is an employer as defined in Ohio Revised Code ("O.R.C") §4112.01(A)(2).

7. Crosby is an individual formerly employed by Defendant Taco Bell and Defendant Yum! Brands and is therefore an employee as defined in O.R.C. §4112.01(A)(3).

8. Venue is properly laid in the Lucas County Court of Common Pleas because the claims alleged herein arose in Lucas County, Ohio.

## FACTUAL ALLEGATIONS

9. Crosby, who was born in 1964, began working for Defendant Taco Bell on or about March 15, 1980.

10. Crosby initially held the position of Team Member and was then promoted to various positions including Assistant Manager, General Manager, Market Training Manager, and finally Area Coach.

11. From 2000 until her termination on August 20, 2015, Crosby held the position of Area Coach.

12. At all times during her employment with Defendants, Crosby had an excellent work record and was qualified for the positions she held.

13. Crosby was named Area Coach of the Year in 2010 and her area was deemed the Best Test Market in the Country in 2012.

3

14.    Defendants use objective criteria to evaluate and rank Area Coaches during 13 periods throughout the calendar year. Each period covers a total of four weeks. The overall rankings are determined by comparing Area Coaches in the categories of Growing Sales, Profit, Growing Customers, and Growing People.

15.    In Period 7 of 2015, which covered the time period from approximately mid-June to mid-July 2015, Crosby received a ranking of 23 out of 136 Area Coaches.

16.    In Period 8 of 2015, which covered the time period of approximately mid-July to mid-August 2015, Crosby received a ranking of 14 out of 138 Area Coaches.

17.    On more than one occasion in 2014 and 2015, members of management commented to Crosby that she was "old school."

18.    Specifically, in June 2015, Defendant Sarah Spengler told Crosby she needed to change her "old school ways" and asked Crosby to send her an email detailing what she thought the Area Coach position should look like in five years.

19.    On July 13, 2015, despite her ranking, Crosby was placed on a performance improvement plan, which was to last for sixty days and was based substantially on subjective criteria.

20.    On August 20, 2015, before the sixty day performance improvement period elapsed, Defendants terminated Crosby's employment.

21.    Numerous Area Coaches substantially younger than Crosby were not placed on Performance Improvement Plans and were not subjected to demotion or termination even though their rankings were below Crosby's ranking.

4

22.     Defendants filled Crosby position with an individual who is substantially younger than Crosby and/or Crosby's discharge permitted the retention of persons who are substantially younger than Crosby.

**COUNT ONE**
**Age Discrimination**
**O.R.C. §4112.02(A) and (N)**
(All Defendants)

23.     Crosby realleges paragraphs one (1) through twenty-two (22) as if fully set forth verbatim below.

24.     Crosby is fifty-one (51) years old and therefore within a protected class.

25.     Crosby was discharged from her employment with Defendants on or about August 20, 2015.

26.     At the time of her termination, Crosby was qualified for her position with Defendants.

27.     After her termination, Crosby was replaced by or her discharge permitted the retention of persons who are substantially younger.

28.     Defendants acted with ill will and malice toward Crosby with regard to her legal rights in terminating her employment and otherwise discriminating against her with regard to terms, conditions or privileges of employment and other matters directly or indirectly related to her employment because of her age.

5

Exhibit A

29.     As a direct and proximate result of Defendants' actions as set forth above, Crosby has suffered:

   a.   Lost wages;

   b.   Loss of pension benefits;

   c.   Loss of insurance benefits;

   d.   Loss of other fringe benefits;

   e.   Loss of the opportunity to continue the gainful employment in which he had been engaged;

   f.   Loss of future earnings and front pay;

   g.   Loss of reputation, humiliation and embarrassment; and

   h.   Time and money in endeavoring to protect himself from Defendant's unlawful discrimination, including costs and reasonable attorney's fees of this action.

### COUNT TWO
### Aiding and Abetting
### O.R.C. §4112.02(J)
(All Defendants)

30.     Crosby realleges paragraphs one (1) through twenty-nine (29) as if fully set forth verbatim below.

31.     Defendants subjected Crosby to different terms and conditions of employment based upon her age, including subjecting her to unwarranted hyperscrutiny, a performance improvement plan, and termination in whole or in part based on her age.

32.     Defendants' discriminatory treatment of Crosby because of her age violates O.R.C. §4112.02 and §4112.99.

6

Exhibit A

33.     By their actions as described above, Defendants aided and abetted directly and/or indirectly the perpetuation of discrimination on the basis of age in violation of O.R.C. § 4112.02(J).

34.     Furthermore, by the actions detailed above, Defendants Yoder and Spengler directly and/or indirectly allowed a discriminatory environment to exist in violation of O.R.C. §4112.02(J).

35.     As a direct and proximate result of Defendants' discriminatory conduct, Crosby has been damaged. Crosby has suffered:

      a.  Lost wages;

      b.  Loss of pension benefits;

      c.  Loss of insurance benefits;

      d.  Loss of other fringe benefits;

      e.  Loss of the opportunity to continue the gainful employment in which she has been engaged;

      f.  Loss of future earnings and front pay;

      g.  Loss of reputation, humiliation and embarrassment; and

      h.  Time and money endeavoring to protect herself from Defendants' aiding and abetting, including costs and reasonable attorney's fees of this action.

7

**WHEREFORE**, Plaintiff prays as follows:

A. That this Court award such equitable relief as is proper as compensation for loss of her opportunity to engage in gainful employment, including relief in the form of front pay;

B. That this Court award Plaintiff an amount to be determined at trial as compensation for loss of the opportunity to engage in gainful employment, and future earnings for humiliation, embarrassment and loss of reputation;

C. That this Court award Plaintiff an amount to be determined at trial as compensation for lost pension, insurance and other fringe benefits;

D. That this Court award Plaintiff back pay from the date of trial with interest;

E. That this Court award Plaintiff punitive damages;

F. That this Court award Plaintiff reasonable attorney's fees and the costs of this action; and

G. That this Court grant Plaintiff such other and further relief as may be deemed just and equitable.

Respectfully submitted,

John D. Franklin
Attorney for Plaintiff

**PLAINTIFF DEMANDS TRIAL BY JURY.**

John D. Franklin

8

Exhibit A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   YUM! BRANDS INC
   G-4801-CI-0201601262-000  #2  KB
   C/O CT CORPORATION SYSTEM S/A
   1300 E NINTH ST
   CLEVELAND, OH 44114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  James Wright  ☐ Agent
   ☐ Addressee

CT Corporation System
1300 East 9th Street
Cleveland, Ohio 44114

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail®       ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*      7014 1200 0000 4880 7408

PS Form **3811**, July 2013          Domestic Return Receipt.

Exhibit A



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box°

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

FEB 05 2016

Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOEL YODER
G-4801-CI-0201601262-000 #2  KB
1858 CASS LAKEFRONT KEEGO
HARBOR, MI 48320

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JOEL YODA
FEB 1 2016.

3. Service Type

☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7014 1200 0000 4880 7415

PS Form 3811, July 2013          Domestic Return Receipt

Exhibit A



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St
Toledo, Ohio  43604

FEB 03 2016

Lucas Co. Com. Pleas Court
Bernie Quilter, Cl.

Exhibit A

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Robt M Jn71_  ☐ Agent  ☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

TACO BELL OF AMERICA LLC
G-4801-CI-0201601262-000  #2   KB
C/O SVG MANAGEMENT LLC S/A
2018 GREAT TRAILS DRIVE
WOOSTER, OH 44691

3. Service Type
☑ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

2. Article Number
(*Transfer from service label*)

7014 1200 0000 4880 7392

PS Form **3811**, July 2013          Domestic Return Receipt

Exhibit A



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio  43604

FEB 0 4 2015

Exhibit A



# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION
#### FILING TYPE:          OTHER CIVIL

TACO BELL OF AMERICA LLC
C/O SVG MANAGEMENT LLC S/A
2018 GREAT TRAILS DRIVE
WOOSTER, OH 44691

G-4801-CI-0201601262-000
JUDGE: JAMES D. BATES

     You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

     You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

     You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service   or   to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

     If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)

LISA CROSBY
414 MEAD LANE
HOLLAND, OH 43528

Date: January 26, 2016

ATTORNEY FOR PLAINTIFF(S)

JOHN D. FRANKLIN
405 MADISON AVENUE STE 1550
TOLEDO, OH 43604-1209

BERNIE QUILTER
CLERK OF COURTS

*J Bernie Quilter* _____ , Clerk

Exhibit A



## IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
### PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐ I request to be notified by <u>email</u>

My email address _____

**OR**

☐ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:     G-4801-CI-0201601262-000
         TACO BELL OF AMERICA LLC
Message:    Your email address

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH 43604

### If you do NOT hire an attorney & fail to respond
### you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0201601262-000    TACO BELL OF AMERICA LLC  Generated:  January 26, 2016

Exhibit A



# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION
FILING TYPE:                    OTHER CIVIL

SARAH SPENGLER                          G-4801-CI-0201601262-000
21542 FLAMENCO                          JUDGE:  JAMES D. BATES
MISSION VIEJO, CA 92692

     You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

     You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint  is attached to this Summons.

     You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or   to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

     If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)                           ATTORNEY FOR PLAINTIFF(S)

LISA CROSBY                             JOHN D. FRANKLIN
414 MEAD LANE                           405 MADISON AVENUE STE 1550
HOLLAND, OH 43528                       TOLEDO, OH 43604-1209

                                     BERNIE QUILTER
                                       CLERK OF COURTS

Date:  January 26, 2016

                         _J Bernie Quilter_____, Clerk

Exhibit A



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
### (mark <u>one</u> & respond)

☐ I request to be notified by <u>email</u>

My email address _____

**Send email to:** Lwatt@co.lucas.oh.us
**Subject:**  G-4801-CI-0201601262-000
            SARAH SPENGLER
**Message:**  Your email address

**OR**

☐ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address  _____
                    _____
                    _____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

---

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0201601262-000   SARAH SPENGLER  Generated: January 26, 2016

Exhibit A



# LUCAS COUNTY COMMON PLEAS COURT
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION
FILING TYPE:               OTHER CIVIL

JOEL YODER                          G-4801-CI-0201601262-000
1858 CASS LAKEFRONT KEEGO           JUDGE:  JAMES D. BATES
HARBOR, MI 48320

     You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

     You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint is attached to this Summons.

     You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or  to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

     If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)                              ATTORNEY FOR PLAINTIFF(S)
LISA CROSBY                                JOHN D. FRANKLIN
414 MEAD LANE                              405 MADISON AVENUE STE 1550
HOLLAND, OH 43528                          TOLEDO, OH 43604-1209

                                                BERNIE QUILTER
                                                CLERK OF COURTS

Date: January 26, 2016

                                              *J Bernie Quilter*      , Clerk

Exhibit A



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐ I request to be notified by <u>email</u>

My email address _____

**OR**

☐ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address    _____
                       _____
                       _____

Send email to:  Lwatt@co.lucas.oh.us
Subject:        G-4801-CI-0201601262-000
                JOEL YODER
Message:        Your email address

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0201601262-000   JOEL YODER  Generated: January 26, 2016

Exhibit A



# LUCAS COUNTY COMMON PLEAS COURT
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION
FILING TYPE:                OTHER CIVIL

YUM! BRANDS INC
C/O CT CORPORATION SYSTEM S/A
1300 E NINTH ST
CLEVELAND, OH 44114

G-4801-CI-0201601262-000
JUDGE:  JAMES D. BATES

You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or  to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)

LISA CROSBY
414 MEAD LANE
HOLLAND, OH 43528

ATTORNEY FOR PLAINTIFF(S)

JOHN D. FRANKLIN
405 MADISON AVENUE STE 1550
TOLEDO, OH 43604-1209

BERNIE QUILTER
CLERK OF COURTS

Date:  January 26, 2016

_J Bernie Quilter_ , Clerk

Exhibit A



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
### (mark <u>one</u> & respond)

☐  I request to be notified by <u>email</u>

My email address _____

**OR**

**Send email to:** Lwatt@co.lucas.oh.us
**Subject:**       G-4801-CI-0201601262-000
             YUM BRANDS INC
**Message:**    Your email address

☐  I request to be notified by <u>regular mail</u>
   *(Clerk will forward to Court for approval)*

My mailing address    _____
                      _____
                      _____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

---

### If you do NOT hire an attorney & fail to respond
### you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

Exhibit A